IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WALSH, III, | |
| Plaintiff, | NO. 3:16-cv-1148 |
| v. | (JUDGE CAPUTO) |
| JOHN KUTHKOWSKI, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

### ORDER

NOW, this 15th day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 10) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 10) is **ADOPTED in part and REJECTED in part**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3) An order to show cause is **NOT ISSUED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge